# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BLAIN GREGOIRE

VERSUS

AMERICA FIRST INSURANCE
COMPANY

NO. 2024 CW 1273

**JANUARY 2, 2025**

---

In Re:   America First Insurance Company, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 643150.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT